## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHEUNG,<br><br>PLAINTIFF(S)<br>v.<br>SOUTH PASADENA, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br>2:22-cv-01756-SVW (GJS)<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by _plaintiff James Cheung_ is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: March 18, 2022

_[signature]_
United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)     ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING