UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01756-SVW (GJS) | Date | July 6, 2022 |
|---|---|---|---|
| Title | James Cheung v. South Pasadena, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Quintero | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Choose an item.: | | Attorneys Present for Choose an item.: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE

The Court has received Defendants' Motion to Dismiss Or In The Alternative For A More Definite Statement filed on July 5, 2022. [Dkt. 25, "Motion."] Defendants have set the Motion for an August 15, 2022 hearing before United States District Judge Stephen V. Wilson, notwithstanding the March 17, 2022 Notice of Reference filed in this case [*see* Dkt. 6]. The August 15, 2022 hearing is VACATED. At this time, the Court concludes that a hearing on the Motion is not necessary. *See* C.D. Cal. Local Civ. R. 7-15.

Pursuant to this Order, Plaintiff shall file and serve his Opposition to the Motion by no later than August 4, 2022. Within 14 days of service of the Opposition, Defendants may file and serve a Reply. Once briefing is completed and/or the time for briefing has passed, the Motion will stand under submission to the Court and a Report and Recommendation will issue.

This Court may deem a failure to respond to the Motion as consent to granting the Motion under Local Civil Rule 7-12.

IT IS SO ORDERED.