1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES CHEUNG, | Case No. 2:22-cv-01756-SVW (GJS) |
|---|---|
| Plaintiff | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| CITY OF SOUTH PASADENA, et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and records on file in this case, including the operative First Amended Complaint (Dkt. 20), Defendants' Motion to Dismiss Complaint (Dkt. 25, "Motion"), Plaintiff's Opposition to the Motion (Dkt. 34), Defendants' Reply in support of the Motion (Dkt. 34), Plaintiff's Ex Parte Application for Leave to File Verified Second Amended Complaint and the related supporting documents (including the proposed Second Amended Complaint) (Dkt. 35, "Application"), Defendants' Opposition to the Application (Dkt. 38), Plaintiff's Reply in support of the Application (Dkt. 40), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 42, "Report"), Plaintiff's Objections to the Report (Dkt. 43), and Defendants' Response to the Objections (Dkt. 44).

1 | The Court has conducted a de novo review of those matters in the Report to
2 | which Objections have been stated. Having completed its review, the Court accepts
3 | the findings, recommendations, and conclusions set forth in the Report.
4 | Accordingly, **IT IS ORDERED** that:

    (1) Defendants' Motion (Dkt. 25) is GRANTED and the First Amended Complaint is dismissed without leave to amend;

    (2) Plaintiff's Application (Dkt. 35) is DENIED;

    (3) This action is dismissed with prejudice; and

    (4) Judgment shall enter accordingly.

DATE: March 7, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE