JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES CHEUNG,

           Plaintiff

      v.

CITY OF SOUTH PASADENA, et al.,

         Defendants.

Case No. 2:22-cv-01756-SVW (GJS)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: March 7, 2023

_____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE